

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2002

# Albright v. Virtue

Precedential or Non-Precedential:

Docket 0-4279

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

## Recommended Citation

"Albright v. Virtue" (2002). *2002 Decisions.* Paper 187.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/187

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 00-4279
_____


JEFFREY D. ALBRIGHT;
NORMAN T. BOIRE; GARY M. DIETZ; WILLIAM H. ERDMAN;
MICHAEL W. FRITZ; A. RONALD FROMBAUGH; RALPH A. HARRIS;
ALLEN W. LANDIS; LOWELL McGUIRE; WALTER R. MINICH;
RAYMOND C. NEVINS; STANLEY L. NYE; VINCENT RAMIREZ, JR.;
KEITH E. SGRIGNOLI; RAY G. SNYDER, JR.; LAWRENCE D. WELKER,

Appellants
v.
DANIEL A. VIRTUE, Business Agent of the International Brotherhood of
Teamsters;
INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
ABF FREIGHT SYSTEM, INC.
D.C. Civil Action No. 00-cv-00878
_____
Argued July 30, 2001


Before:  BECKER, Chief Judge, McKEE and WEIS, Circuit Judges

(Opinion filed December 6, 2001)
_____

ORDER AMENDING OPINION
_____


    The slip opinion filed on December 6, 2001 in the above case is
hereby amended
as follows:
    1.  On page 8, lines 1 and 2, delete the reference to the appendix
cites [A337],
[A198], and [A304].

    2.  On page 10, last line of the first paragraph, delete the word
"would", which is
duplicative.


                        BY THE COURT:



                        /s Edward R. Becker
                              Chief Judge

DATED:     March 19, 2002